THELMA GLASICO, PETITIONER-RESPONDENT AND LIMITED APPELLANT, v. ROSE RIBBON & CARBON MFG. CO., RESPONDENT-APPELLANT.

Argued December 16, 1963—Decided May 4, 1964.

*Mr. Isidor Kalisch* argued the cause for respondent-appellant, by its insurance carrier, New Jersey Manufacturers Casualty Insurance Company.

*Mr. Robert J. S. McCoid* argued the cause for respondent, by its insurance carrier, Insurance Company of North America (*Messrs. Schneider & Morgan,* attorneys; *Mr. Henry G. Morgan,* of counsel; *Mr. Stanley J. Perwin,* on the brief).

*Mr. Seymour B. Jacobs* argued the cause for petitioner-respondent and limited appellant (*Messrs. Balk & Jacobs,* attorneys; *Mr. Seymour B. Jacobs,* of counsel and on the brief).

The opinion of the court was delivered

PER CURIAM. This is a companion case to *Bond v. Rose Ribbon & Carbon Mfg. Co.,* 42 *N. J.* 308 (1964). Both matters accompanied each other through the various proceedings. We granted the petition to appeal from the judgment of the Appellate Division, 40 *N. J.* 499. Their marked factual-legal similarity obviates the necessity of separate treatment, and we conceive that what we have said in *Bond* applies with equal force here.

We therefore affirm for the reasons stated by the Appellate Division in *Bond v. Rose Ribbon & Carbon Mfg. Co.,* 78 *N. J. Super.* 505 (*App. Div.* 1963), subject to our additional statements contained in *Bond,* 42 *N. J.* 308, including those pertaining to costs, fees and interest.

Affirmed subject as aforesaid.

*For affirmance* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.